## Commonwealth *v.* Duray, Appellant.

 Submitted November 15, 1972. *Robert T. Kane,* for appellant; *Leo Kostman,* for Commonwealth, appellee.

Appeal quashed.